```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38180
   GARY R LEWIS
   MAUREEN C LEWIS                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7221     SSN XXX-XX-5961

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/14/04 and confirmed on 12/30/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $ 110072.40 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 68843.01 | .00 | 68843.01 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 31805.36 | .00 | 31805.36 |
| IMAGING RADIOLIGISTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2895.02 | .00 | 434.25 |
| BRUMUND & JACOBS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MUNICIPAL COLLECTION SER | UNSECURED | 1911.92 | .00 | 286.79 |
| COMED | UNSECURED | 1603.99 | .00 | 240.60 |
| OSI COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 4531.19 | .00 | 679.68 |
| DEPHILLIPS MD | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST ORTHOPAEDIC CONS | UNSECURED | NOT FILED | .00 | .00 |
| PLAINFIELD SCHOOL DIST 2 | UNSECURED | NOT FILED | .00 | .00 |
| PLAINFIELD SCHOOL DIST 2 | UNSECURED | NOT FILED | .00 | .00 |
| PLANTATION BILLING CTR | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SHERWIN WILLIAMS EMPLOYE | UNSECURED | NOT FILED | .00 | .00 |
| RETRIEVAL MASTERS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS V RINEHART JR | UNSECURED | 5150.00 | .00 | 772.50 |

```
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  100648.37        .00     16092.12          .00   116740.49
PRINCIPAL PAID      100648.37        .00      2413.82          .00   103062.19
INTEREST PAID             .00        .00           .00         .00         .00
TOTAL PAID          100648.37        .00      2413.82          .00   103062.19
```

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   2700.00
and was paid $    400.00   direct and $   2300.00   through the plan.

The Trustee received $    4668.06 .

Refunds to the Debtor totaled $      42.15 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/19/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE